# WAIVER

## SUPREME COURT OF THE UNITED STATES

Supreme Court Case No. **19-7591**

**Leo Lionel Payne** v. **Jessica Mangum**
(Petitioner) (Respondent)

**I DO NOT INTEND TO FILE A RESPONSE** to the petition for a writ of certiorari unless one is requested by the Court.

Please check the appropriate boxes:

☐ Please enter my appearance as Counsel of Record for all respondents.

☒ There are multiple respondents, and I do not represent all respondents. Please enter my appearance as Counsel of Record for the following respondent(s):

**Jessica Mangum**

☒ I am a member of the Bar of the Supreme Court of the United States.

☐ I am not presently a member of the Bar of this Court. Should a response be requested, the response will be filed by a Bar member.

Signature _[signature]_

Date: **March 3, 2020**

(Type or print) Name **Dana M. Thye**
☐ Mr.   ☐ Ms.   ☒ Mrs.   ☐ Miss

Firm **Office of the City Attorney**

Address **Post Office Box 667**

City & State **Columbia, South Carolina**   Zip **29202**

Phone **803-737-4242**   Email **Dana.Thye@columbiasc.gov**

A COPY OF THIS FORM MUST BE SENT TO PETITIONER'S COUNSEL OR TO PETITIONER IF *PRO SE*. PLEASE INDICATE BELOW THE NAME(S) OF THE RECIPIENT(S) OF A COPY OF THIS FORM. NO ADDITIONAL CERTIFICATE OF SERVICE IS REQUIRED.

CC: **Leo Payne, Plaintiff Pro Se**

# Columbia Municipal Court

## CASE HISTORY FOR CASE 11803GT

### State of South Carolina vs Leo L Payne

| | | |
|---|---|---|
| FILED DATE: 4/27/2014 | CASE TYPE: CR/Bond-Richland | STATUS: Continued |
| | JUDGE: Turner, Dana D. | |
| | ARRESTING AGENCY: Columbia Police Department | |

DOC. EXHIBIT #9-2

## CASE PARTIES:

| | | |
|---|---|---|
| Defendant | Payne, Leo L | |
| | General Delivery, Columbia, SC 29201 | |
| Officer | Adams, Reinold Mark | |
| | Columbia Police Department, #1 Justice Square, Columbia, SC 29201 | |
| Bond Entity | Payne, Leo L | |
| | 2025 Main St, Columbia, SC 29201 | |
| Victim | Greyhound Bus Station | |
| | Manager, 2015 Gervais Street, Columbia, SC 29205 | |
| Public Defender | Whitfield, Kevin Michael | |
| | 1701 Main Street, Suite 103, Columbia, SC 29201 | |
| Prosecuting Attorney | Mangum, Jessica | |
| | PO Box 667, Columbia, SC 29202 ~~803-737-4242~~ | |
| Defendant | Payne, Leo L | |
| | General Delivery, Columbia, SC 29201 | |

## CASE HISTORY FOR CASE 11803GT

Payne, Leo L
General Delivery

Columbia, SC 29201

Age: 63
DL#: 100312103

| CHARGE | | VIOL. DATE | DISPOSITION | DISP. DATE |
|---|---|---|---|---|
| 1167 | Trespassing / Entering premises after warning or refusing to leave on request | 4/27/2014 | NO PROSECUTION. DISMISSED. | ~~9/2016~~? (OCTOBER 2016) |

| COST | ORIGINAL | BALANCE DUE | DISBURSED | PAY PRIORITY |
|---|---|---|---|---|
| Charge: Trespassing / Entering premises after warning or refusing to leave on | | | | |
| Fine to General Fund | $200.00 | $200.00 | $0.00 | 999 |
| Victim Services Asm 38.0013% / 5.783 | 24.00 | 24.00 | 0.00 | 999 |
| Victim Conviction Surcharge $100 / $25 | 25.00 | 25.00 | 0.00 | 999 |
| Law Enforcement Funding Surcharge $25 | 25.00 | 25.00 | 0.00 | 999 |
| State Assessment | 191.00 | 191.00 | 0.00 | 999 |

Print Date: 09/23/2016
Print Time: 9:46:05AM
Requested By: RPWESTON

CaseHistory.rpt V6.1

Page 1 of 2

3:21-cv-03433-MGL Date Filed 10/20/21 Entry Number 1-1 Page 3 of 3
3:16-cv-03792-JMC-PJG Date Filed 10/16/17 Entry Number 77-2 Page 3 of 3
3:16-cv-03792-JMC-PJG Date Filed 06/13/17 Entry Number 54-2 Page 1 of 1

↑
PLAINTIFF

```
REBOARD PASS                    N... CC43
BOARDING #:       4             GREYHOUND LINES, INC.
LEO PAYNE                       FROM  COLUMBIA    SC   DEP  27Apr14  11:45p
                                                                 BOARDING #
27Apr14   11:45p                TO:   CHARLOTTE   NC   SCHED 1090        4
SCHD: GLI  1090                                        OW ADULT

COUPON ORIG
COLUMBIA      SC                NO REFUND SUBJECT TO A FEE, IF VALID FOR EXCHANGE
                                TICKET FOR SCHEDULE 1090  /27Apr14
*COUPON DEST*
CHARLOTTE     NC                FARE          $125.00   CONF#: 2925506201
                                TAX       NONE     XX   02509    COLUMBIA    SC
TKT DEST                        SUBTOTAL:    $125.00    26Apr14 10:48a 6996
WASHINGTON    DC                FEE:           $2.50
                                CASH
CONF#:2925506201                AC:
26Apr14   48a                   CA/CA                   TKT ORIG:COLUMBIA     SC
SOLD AT: 3509                   MILES:   110   540      TKT DEST:WASHINGTON   DC
  1 2 3 4 5 6 7                 COUPON    01 OF 03      TARIFF:  SCCP

                                0002546      001 01 29  97977557 3
```