IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Leo Lionel Payne,<br>Plaintiff | )<br>)<br>) |
| v | )    Civil Action No. 3:21-cv-03433-JMC-PJG |
| Jessica Mangum,<br>Defendant | )<br>)<br>) |

    Leo Lionel Payne, plaintiff in this case, is to be escorted by Court Security Officers while in the Matthew J. Perry, Jr. United States Courthouse due to his continued disruptive behavior in the Clerk of Court's office. If, while being escorted, plaintiff becomes uncooperative, aggressive, threatening, or abusive, Court Security Officers are authorized to remove him from the courthouse and restrict his access for that day.

    IT IS SO ORDERED.

*J. Michelle Childs*

_____
J. Michelle Childs
United States District Judge

October  28 , 2021