3:21-CV-03433-JMC-PJG

Dispositive Motion:

Motion For Judgment On The Pleadings.

Plaintiff Leo L. Payne, Pro Se Attorney of Record., is requesting a court order for an answer to Plaintiff Complaint for Violation of Civil Rights (Non-Prisoner Complaint)., under Fed. R. Civ. Pro., Title III., Pleadings and Motions: Rule #7(a)(1)(2).

Plaintiff request grant judgment on the pleadings as relief sought.

Date: 12/13/2021

Leo L. Payne
2648 Two Notch Rd.
Columbia, SC 29204
Richland County
803-757-6422

Attorney of Record.

RECEIVED
USDC CLERK, COLUMBIA, SC
2021 DEC 13 PM 1:01